# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                 JUDGMENT

         Plaintiff,

  v.                Case Number: 2:14-cr-000264-APG-VCF

SHA-RON HAINES,         (Related case:  2:20-cv-01864-APG    )

         Defendant.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

pursuant to the Court's Order Denying the Motion to vacate under 28 U.S.C. 2255, this matter is closed. Judgment for the United States. A Certificate of Appealability shall not issue.

5/14/2021
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ D. Reich-Smith
_____
Deputy Clerk